IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

CHARLES D. GALLOWAY                                                                                          PLAINTIFF

V.                                                                               CIVIL ACTION NO. 3:20-CV-00007-MPM-RP

MASON WAGES, ANNA ROBBINS,
JEFF CHISM, CHRIS ROBERTSON, and
MISSISSIPPI                                                                                                  DEFENDANTS

## ORDER

Plaintiff Charles Galloway, proceeding *pro se*, filed the instant action challenging the conditions of his confinement pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion to proceed *in forma pauperis* ("IFP") in this action. Upon due consideration, the Court finds that Plaintiff's application for leave to proceed IFP is incomplete.

In moving to proceed IFP, Plaintiff submitted only one sheet of paper containing his inmate account balance information. Under 28 U.S.C. 1915(a)(1), a plaintiff seeking to proceed IFP must also submit an affidavit which "includes a statement of all assets such prisoner possesses that the person is unable to pay such fees or give security therefor." Within the affidavit, the plaintiff must also "state the nature of the action . . . and affiant's belief that the person is entitled to redress." 28 U.S.C. § 1915(a)(1).

Plaintiff has filed no such affidavit. Accordingly, Plaintiff is directed to submit an affidavit providing the requisite information within twenty-one (21) days from the date of this order. Plaintiff's failure to do so may result in dismissal of this action.

**SO ORDERED**, this the 7th day of January, 2020.

/s/ Roy Percy
UNITED STATES MAGISTRATE JUDGE