IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

CHARLES D. GALLOWAY                                         PLAINTIFF

V.                                CIVIL ACTION NO. 3:20-CV-00007-RP

MASON WAGES, ANNA ROBBINS,
JEFF CHISM, CHRIS ROBERTSON, and
MISSISSIPPI                                         DEFENDANTS

## ORDER

This matter comes before the court upon the plaintiff's motions [22],[23] seeking discovery of information from his underlying state prosecution and jail phone records between himself and a particular phone number. The plaintiff advances absolutely no argument as to why this requested information is needed. Moreover, this matter is set for a *Spears* hearing on April 28, 2020. Until such time as the *Spears* hearing is held and a determination is reached as to whether the plaintiff's action should proceed, the court finds the instant requests to be premature. Accordingly, the plaintiff's motions [22],[23] are **DENIED** at this time.

**SO ORDERED**, this the 12th day of February, 2020.

                                                                /s/ Roy Percy
                                                                 UNITED STATES MAGISTRATE JUDGE