IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

CHARLES D. GALLOWAY                                                                    PLAINTIFF

V.                                                                    CIVIL ACTION NO. 3:20-CV-00007-RP

MASON WAGES, ANNA ROBBINS,
JEFF CHISM, CHRIS ROBERTSON, and
MISSISSIPPI                                                                             DEFENDANTS

ORDER

Presently before the Court is Plaintiff Charles D. Galloway's motion [28] for reconsideration of the Court's order denying his motions for discovery and motion [29] for "emergence attention to this matter." In the instant motions, Plaintiff asks this Court, yet again, to aid him in defending against the state criminal charges lodged against him. *See* Doc. #s 28, 29. Federal district courts, however, do not interfere with or supervise on-going state court criminal proceedings. *Anderson v. Humphreys County Sheriff's Dept.*, 2008 WL 192098, at *1 (N.D. Miss. Jan. 23, 2008). Moreover, the Court recently dismissed the instant action for failure to state a claim upon which relief may be granted. *See* Doc. #s 26, 27. Accordingly, the Court finds that Plaintiff's motions [28],[29] are not well-taken and are, therefore, **DENIED.**

**SO ORDERED**, this the 31st day of March, 2020.

/s/ Roy Percy
UNITED STATES MAGISTRATE JUDGE